**FILED**
**22 JUL 26 PM 4:05**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GREGORY LEWIS, § | |
|     PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:21-CV-888-LY |
| § | |
| SYNCHRONY BANK, § | |
|     DEFENDANT. § | |

## ORDER CLOSING CASE

Before the court is the above-referenced cause. On July 25, 2022, the parties filed a Stipulation of Dismissal (Doc. #9) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). As nothing further remains to be resolved,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _26th_ day of July, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE